```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

PAUL THOMPSON,                      :

                    Plaintiff,      :    07 Civ. 3021 (JSR)(HBP)

     -against-                      :    ORDER

CORPORATION COUNSEL, et al.,        :

                    Defendants.     :

-----------------------------------X
```

PITMAN, United States Magistrate Judge:

On or about February 14, 2008, plaintiff filed a motion to compel answers to interrogatories that he served in December 2007 (Docket Item 16). Defendants have responded to this motion by a letter date dated February 25, 2008 in which they advise that they are producing a copy of an incident report in response to the interrogatories. Defendants' letter does not represent that the incident report contains all the information sought in the interrogatories, and based on my review of the interrogatories, it seems to me unlikely that the incident report contains all the information sought.

Accordingly, no later than March 28, 2008, defendants are directed to provided complete responses to Plaintiff's Second Set of Interrogatories, dated December 7, 2007. Because plaintiff is an incarcerated inmate proceeding without counsel, I am waiving the limitations of Local Civil Rule 33.3 to

plaintiff's interrogatories.

Dated:  New York, New York
        March 12, 2008

                                        SO ORDERED

                                        _____
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies mailed to:

Mr. Paul Thompson
DIN No. 07-A-2094
Great Meadow Correctional Facility
Box 51
Comstock, New York  12821-0051

Shawn D. Fabian, Esq.
Assistant Corporation Counsel
City of New York
100 Church Street
New York, New York  10007